# Office of the Clerk

## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320    •    Madison, WI 53703
(608) 264-5156    •    www.wiwd.uscourts.gov

March 13, 2018

Cebrian Omar Sims, #16933-041
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

Re:    United States of America v. Cebrian Omar Sims, Case No. 17-cr-50-wmc

Dear Mr. Sims:

This will acknowledge receipt of your letter received on March 12, 2018, in which you request a copy of the docket sheet, plea agreement, and sentencing transcripts.

The indigent rate for copies is $0.10 per page.  The plea agreement is 3 pages, for a total copying charge of $0.30.  Enclosed is a courtesy copy of the docket sheet.  You will notice that there is a transcript of the plea hearing and sentencing on the docket, but those documents are not available to the public until May 29, 2018, which means they are subject to the court reporter's transcript rates.  I recommend contacting Christopher Duren or the Federal Defender Services using their contact information listed on the docket sheet, as they should be able to provide you with copies.

If you wish to pursue your request for copies, please submit a check or money order made payable to Clerk, U.S. District Court in the amount of $0.30 along with the lower portion of this correspondence.  The clerk's office will send you the copies you have requested upon receipt of the payment.

PETER OPPENEER, Clerk of Court,

By:     s/ K. Frederickson
          Deputy Clerk

Please detach and Include with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Name:_____

Case #/Case Name: _____

Copies Requested (Docket #) _____

Number of Pages _____ x  $.10   = $ _____